Eric NELSON and Catherine
Nelson, Petitioners,

v.

Sandra BROADHEAD and State Farm
Mutual Insurance Company,
Intervenor.

Supreme Court of Pennsylvania.

Nov. 2, 1998.

## ORDER

**PER CURIAM:**

AND NOW, this 2nd day of November, 1998, the Petition for Allowance of Appeal is hereby **DENIED** pursuant to *Donnelly v. Bauer,* No. 33 E.D. Appeal Docket 1997, —— Pa. ——, 720 A.2d 447 (1998).

Lilas PALMER, Respondent,

v.

Ronald E. PALMER, Petitioner.

Supreme Court of Pennsylvania.

Nov. 6, 1998.

## *ORDER*

PER CURIAM:

AND NOW, this 6TH day of November, 1998, the Petition for Allowance of Appeal is GRANTED and the decision of the Superior Court is REVERSED. *Staudenmayer v.*

*Staudenmayer,* —— Pa. ——, 714 A.2d 1016 (1998).